No. 960.   KAUFMAN *v.* NEW YORK.   March 10, 1947. Petition for writ of certiorari to the County Court of Kings County, New York, denied.   *Maurice Edelbaum* for petitioner.

No. 879.   SOUTHERN PACIFIC Co. *v.* HENWOOD, TRUSTEE, ET AL.;

No. 909.   MEYER *v.* HENWOOD, TRUSTEE, ET AL.; and

No. 936.   ST. LOUIS SOUTHWESTERN RAILWAY Co. *v.* HENWOOD, TRUSTEE, ET AL.   March 10, 1947.   Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   MR. JUSTICE FRANKFURTER took no part in the consideration or decision of these applications.   MR. JUSTICE DOUGLAS is of the opinion that the petition for certiorari in No. 909 should be granted. *Ben C. Dey, George L. Buland, Robert L. Pierce, Claude O. Pearcy* and *G. H. Muckley* for the Southern Pacific Co., petitioner in No. 879 and respondent in No. 909. *Walter E. Meyer* and *R. Walston Chubb* for petitioner in No. 909.   *Jacob M. Lashly* for petitioner in No. 936. *Edwin S. S. Sunderland* and *Thomas O'G. FitzGibbon* for the Guaranty Trust Co.; *James Piper* for the Protective Committee for bondholders of St. Louis S. W. R. Co.; *S. Mayner Wallace* and *Paul Duryea Miller* for the Chase National Bank et al.; and *Alfred H. Phillips* for the Chemical Bank & Trust Co., respondents.

No. 824.   LOVVORN *v.* UNITED STATES.   March 10, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

No. 865.   MONSKY ET AL. *v.* NEW YORK.   March 10, 1947.   Petition for writ of certiorari to the County Court of Nassau County, New York, denied.